UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
United States of America,

                Plaintiff,            14 MAG 0403 (MRG)

- against -

                                        **JUDGMENT**

Michael H. Smith,

                Defendant.
----------------------------------------X

        The issues in the above entitled action having been brought on February 28, 2014 before the Honorable Martin R. Goldberg, United States Magistrate Judge, and the court, thereafter, on July 25, 2014, having accepted the defendant's plea of guilty to the lesser charge of Disorderly Conduct (§ 240.20 NYSPL), in full satisfaction of the Misdemeanor Complaint filed on February 28, 2014, it is,

        **ORDERED, ADJUDGED AND DECREED:** The Defendant is sentenced to a Nine (9) Month Conditional Discharge, the terms of which are, as follows: (1) The Defendant is not to violate any federal, state or local laws; (2) the Defendant is to continue to be enrolled in the "Common Grounds Program" at Montrose Veteran's Administration facility in Montrose, NY until a time when Defendant is positively and administratively discharged from that Program; and, (3) while Defendant is enrolled in the "Common Grounds Program", Defense counsel is to provide periodic progress reports of the Defendant to the Court.

                                                        **SO ORDERED:**

                                                        _____
                                                        Hon. Martin R. Goldberg
                                                        United States Magistrate Judge

Dated: 7/25/2014
       Middletown, NY